■ In the Matter of Allstate Insurance Company, Respondent, v Cristobal Peralta et al., Respondents, and State Farm Fire & Casualty Company et al., Appellants. [10 NYS3d 51]—

Order, Supreme Court, Bronx County (Mary Ann Brigantti-Hughes, J.), entered February 27, 2014, which granted petitioner Allstate Insurance Company's application to permanently stay an uninsured motorist arbitration, unanimously affirmed, without costs.

The evidence at the hearing did not overcome the presumption of permissive use. Appellants presented evidence that Taveras's car keys were stolen hours before the accident and that the theft was reported to the police. However, there was no evidence that the car itself was ever stolen or reported stolen. Under these circumstances, the court could reject appellants' contention that the car must have been driven by an unknown thief at the time of the accident, and no basis exists

to disturb the findings of the hearing court (*see State Farm Mut. Auto. Ins. Co. v Taveras*, 71 AD3d 606 [1st Dept 2010]; *Matter of State Farm Mut. Auto. Ins. Co. v Fernandez*, 23 AD3d 480 [2d Dept 2005]). Concur—Tom, J.P., Friedman, DeGrasse, Richter and Kapnick, JJ.